IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
00 JUN 30 PM 2:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

CURTIS J. RAINER,           )
                            )
        Plaintiff,          )
                            )
vs.                         )   CV 00-S-1175-NE
                            )
LT. GOODE and MRS. WISE,    )
                            )
        Defendants.         )

ENTERED
JUN 30 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 7, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.



DATED this **30th** day of **June**, 2000.

_____
UNITED STATES DISTRICT JUDGE